# EXHIBIT A

US011383119B2

## (12) United States Patent
### Castle

(10) **Patent No.:**    **US 11,383,119 B2**

(45) **Date of Patent:**    ***Jul. 12, 2022**

(54) **MULTIMODAL FITNESS BAR**

(71) Applicant: **Castle Fit Corporation**, Altanta, GA (US)

(72) Inventor: **Daniel Castle**, Atlanta, GA (US)

(73) Assignee: **Castle Fit Corporation**, Atlanta, GA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/238,456**

(22) Filed: **Apr. 23, 2021**

(65) **Prior Publication Data**

US 2022/0126155 A1    Apr. 28, 2022

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 17/082,451, filed on Oct. 28, 2020, now Pat. No. 11,020,625.

(51) **Int. Cl.**
| | |
|---|---|
| *A63B 21/04* | (2006.01) |
| *A63B 21/00* | (2006.01) |
| *A63B 21/055* | (2006.01) |

(52) **U.S. Cl.**
CPC ...... ***A63B 21/0414*** (2013.01); ***A63B 21/0552*** (2013.01); ***A63B 21/4035*** (2015.10)

(58) **Field of Classification Search**
CPC ............ A63B 21/0442; A63B 21/0555; A63B 21/4015; A63B 21/4035; A63B 21/02; A63B 21/04; A63B 21/055–0557; A63B 21/40–4001; A63B 21/4011–4015; A63B 21/4027–4035; A63B 21/0414; A63B 21/0552

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,125,649 A * | 6/1992 | Fuller | ................ | A63B 21/0004 482/106 |
| 5,399,155 A | 5/1995 | Strassburg | | |
| 5,417,636 A * | 5/1995 | Havens | .............. | A63B 23/0211 482/145 |
| 5,830,110 A * | 11/1998 | Fielding | ................. | A63B 21/05 482/44 |
| 5,860,897 A * | 1/1999 | Gilbert | ............... | A63B 21/0552 482/130 |
| 6,648,804 B2 * | 11/2003 | Chen | .................. | A63B 21/0004 482/125 |
| 7,090,627 B1 * | 8/2006 | Walker | ................. | A63B 21/055 482/121 |
| 7,179,206 B2 | 2/2007 | Backes | | |

(Continued)

OTHER PUBLICATIONS

OTPT, EZ Stretch Webpage, https://www.optp.com/Stretch-EZ.

*Primary Examiner* — Andrew S Lo

(74) *Attorney, Agent, or Firm* — Lynch LLP

(57) **ABSTRACT**

A multimodal fitness bar with a bar assembly and resistance assembly is disclosed. Exemplary implementations may further include a hanging member, a weighting assembly, a toggle assembly, a furling member, and/or other components. The resistance assembly may include a flexible fabric sheet with an opening configured to receive a user's foot and the bar assembly may include handles configured to be gripped by a user.

**17 Claims, 6 Drawing Sheets**



**US 11,383,119 B2**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 7,326,157 | B2 * | 2/2008 | Wu .................... | A63B 21/0004 482/121 |
| 7,387,599 | B1 * | 6/2008 | Hsu .................... | A61H 15/0092 482/122 |
| 7,743,656 | B1 * | 6/2010 | Dickinson .......... | A63B 21/0552 73/379.01 |
| 7,753,864 | B2 | 7/2010 | Beckwith | |
| 7,806,844 | B2 | 10/2010 | Outred | |
| 7,922,634 | B1 * | 4/2011 | Wu .................. | A63B 23/03525 482/126 |
| 8,075,464 | B2 * | 12/2011 | Hayes ................ | A63B 23/1281 482/122 |
| 9,254,405 | B1 * | 2/2016 | Marji .................... | A63B 21/02 |
| 9,775,764 | B1 * | 10/2017 | Rill ...................... | A61H 1/0237 |
| D902,330 | S * | 11/2020 | Jaquish ......................... | D21/673 |
| 11,000,447 | B2 * | 5/2021 | Kokakis ............. | A63B 21/0004 482/125 |
| 2005/0239604 | A1 * | 10/2005 | Denham ............ | A63B 21/4037 482/23 |
| 2005/0239617 | A1 * | 10/2005 | Tenaglia .......... | A63B 21/00043 482/122 |
| 2007/0287614 | A1 * | 12/2007 | Fuller .................. | A63B 21/169 482/121 |
| 2008/0132392 | A1 * | 6/2008 | Moulton .............. | A63B 23/035 482/122 |
| 2008/0220952 | A1 * | 9/2008 | Yang ...................... | A63B 21/05 482/44 |
| 2009/0137371 | A1 * | 5/2009 | Fuller ................ | A63B 23/1281 482/122 |
| 2009/0192022 | A1 * | 7/2009 | Kulka .................. | A63B 21/153 482/46 |
| 2009/0275449 | A1 * | 11/2009 | Terry .............. | A63B 23/03525 482/139 |
| 2010/0256544 | A1 | 10/2010 | Colon | |
| 2012/0210512 | A1 * | 8/2012 | Woods ................. | A63B 23/035 482/122 |
| 2014/0080687 | A1 * | 3/2014 | Stuef .................... | A63B 21/169 482/121 |
| 2014/0113779 | A1 * | 4/2014 | Loach ............. | A63B 21/00043 482/115 |
| 2018/0098910 | A1 * | 4/2018 | Li ........................ | A63B 21/055 482/121 |
| 2018/0125746 | A1 * | 5/2018 | Kokakis ............. | A63B 21/0004 482/106 |

* cited by examiner

Case 1:23-cv-06959-UNA   Document 1-1   Filed 08/21/23   Page 4 of 15 PageID #: 17



FIG. 1

FIG. 3A

FIG. 3B



FIG. 2



*FIG. 4A*

*FIG. 4B*



*FIG. 6*



*FIG. 7*



FIG. 5A

FIG. 5B



FIG. 8



FIG. 9



FIG. 10

FIG. 11

US 11,383,119 B2

1

## MULTIMODAL FITNESS BAR

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation in part of U.S. application Ser. No. 17/082,451, filed on Oct. 28, 2020.

### FIELD OF THE DISCLOSURE

The present disclosure relates to a multimodal fitness bar.

### BACKGROUND OF THE INVENTION

Fitness bars are known. Resistance bands are known.

### BRIEF SUMMARY OF THE INVENTION

One aspect of the disclosure relates to a multimodal fitness bar with a resistance assembly. In some implementations the multimodal fitness bar may include a bar assembly, which may further include a weighting assembly. The weighting assembly may allow a user to adjust the weight of the multimodal fitness bar. A resistance assembly may be attached to the bar assembly. The resistance assembly may be configured to furl about the bar assembly to reduce the footprint of the multimodal fitness bar when the resistance assembly is not in use.

In some implementations, the bar assembly may be configured to be held in the hands of a user. A distal portion of the resistance assembly may include a loop for receiving the user's foot. When in an unfurled configuration, the user may create resistance between the user's hands and the user's foot by pressing the user's foot away from the user's hands. Such resistance allows a user to perform a variety of exercises and stretches including, but not limited to: resistance squats, resistance lunges, resistance bicep curls, resistance rows, resistance shoulder press, resistance deadlifts, resistance rows, calf stretches, hamstring stretches, and gluteus stretches. When in a furled configuration, a user may perform a variety of exercises and stretches including, but not limited to: weighted squats, weighted lunges, weighted bicep curls, weighted deadlifts, weighted rows, weighted shoulder press, weighted one handed lateral raises, and overhead triceps extensions.

A multimodal fitness bar, in accordance with one or more implementations herein, presents advantages over the fitness bars and fitness bands known in the art including, but not limited to: allowing a user to perform myriad exercises and stretches with a single device; a relatively compact form factor, and a secured furled configuration that substantially reduces the form factor of the device.

These and other objects, features, and characteristics of the apparatus and/or method disclosed herein, as well as the methods of operation and functions of the related elements of structure and the combination of parts and economies of manufacture, will become more apparent upon consideration of the following description and the appended claims with reference to the accompanying drawings, all of which form a part of this specification, wherein like reference numerals designate corresponding parts in the various figures. It is to be expressly understood, however, that the drawings are for the purpose of illustration and description only and are not intended as a definition of the limits of the invention. As used in the specification in the claims, the singular form of

2

"a", "an", and "the" include plural references unless the context clearly dictates otherwise.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a front perspective view of a multimodal fitness bar in an unfurled configuration, in accordance with one or more implementations.

FIG. **2** is a partial, front perspective view of a multimodal fitness bar in an unfurled configuration, in accordance with one or more implementations.

FIG. **3A** is a bottom perspective view of a weighting assembly, in accordance with one or more implementations.

FIG. **3B** is a bottom perspective view of a weighting assembly, in accordance with one or more implementations.

FIG. **4A** is a partial, front perspective view of a multimodal fitness bar, in accordance with one or more implementations.

FIG. **4B** is a partial, front perspective view of a multimodal fitness bar, in accordance with one or more implementations.

FIG. **5A** is a front view of a multimodal fitness bar in an unfurled configuration, in accordance with one or more implementations.

FIG. **5B** is a partial rear perspective view of a sheet assembly, in accordance with one or more implementations.

FIG. **6** is a front view of a front furling member, in accordance with one or more implementations.

FIG. **7** is a front perspective view of a multimodal fitness bar in a furled configuration, in accordance with one or more implementations.

FIG. **8** is a front perspective view of a bar assembly, in accordance with one or more implementations.

FIG. **9** is a side perspective view of a multimodal fitness bar being used by a user, in accordance with one or more implementations.

FIG. **10** is a side perspective view of a multimodal fitness bar being used by a user, in accordance with one or more implementations.

FIG. **11** is a front perspective view of a multimodal fitness bar, in accordance with one or more implementations.

### DETAILED DESCRIPTION OF THE INVENTION

Various implementations and aspects of the disclosure will be described with references to details discussed below, and the accompanying drawings will illustrate the various implementations. The following description and drawings are illustrative of the disclosure and are not to be construed as limiting the disclosure. Numerous specific details are described to provide a thorough understanding of various implementations of the present disclosure. However, in certain instances, well-known or conventional details are not described in order to provide a concise discussion of implementations of the present disclosure.

FIG. **1** shows a front perspective view of a multimodal fitness bar **10** (hereinafter multimodal fitness bar **10**), in an unfurled configuration, in accordance with one or more implementations. Multimodal fitness bar **10** may include one or more of a bar assembly **11**, a resistance assembly **12**, and a hanging member **13**.

FIG. **2** shows a partial, front perspective view of multimodal fitness bar **10**, in an unfurled configuration, in accordance with one or more implementations. Bar assembly **11** may include one or more of a first handle **201**, a bar **202**, a second handle **203**, and a weighting assembly **204**. In some

US 11,383,119 B2

3

implementations, first handle **201** may be a generally cylindrical member with a proximal end **210**, a distal end **211**, a diameter **212**, and a length **213**. Proximal end **210** of first handle **201** may be attached to bar **202** and distal end **211** of first handle **201** may be attached to hanging member **13**. In some implementations, length **213** of first handle **201** may be between 100 mm and 140 mm and diameter **212** of first handle **201** may be between 27 mm and 37 mm.

In some implementations, bar **202** may be a generally cylindrical member with a first end **220**, a second end **221**, a length **222**, a diameter **223**, a depression **224**, a logo **225**, and bar magnets **226**. First end **220** of bar **202** may be attached to proximal end **210** of first handle **201**. Second end **221** of bar **202** may be attached to proximal end **230** of second handle **203**. In some implementations, bar **202** is constructed of aluminum. It should be appreciated that bar **202** may be constructed of various rigid, or semi-rigid materials. It should be further appreciated that bar **202** may be non-cylindrical. For example, bar **202** might be an octagonal prism, or bar **202** may have curves or kinks, or undulations, such as those known for barbells. In some implementations, length **222** of bar **202** may be between 225 mm and 275 mm and diameter **223** of bar **201** may be between 27 mm and 37 mm.

Depression **224** may be a depression in, indentation in, or carve out of the body of bar **202**, with the length of depression **224** being generally parallel with the longitudinal axis of bar **202**. One or more bar magnets **226** may be included at or near the surface of depression **224**. For clarity, bar magnets **226** are referred to as bar magnets **226** due to their placement on or in bar **202**, as opposed to due to the shape or type of magnet. It should be appreciated that bar magnets **226** may be of various sizes, shapes, and numerosity, including a single magnet such as a magnetic strip that spans the length of depression **224**.

In some implementations, weighting assembly **204** may include one or more of a weight **240**, a weighting strap **241**, and weight magnets **242**. Weight **240** may be a partially cylindrical member with a length **243**, a diameter **244**, a cylindrical surface **245**, a planar surface **246**, and a channel **247**. For purposes of this specification, a partial cylinder is a shape formed when a cylinder is cut along a plane, which is perpendicular to the ends of the cylinder. Planar surface **246** may be the flat surface formed by such theoretical cut and cylindrical surface **245** may be the remaining cylindrical portion of the surface. Planar surface **246** may be curved at one or both ends, such that weight **240** may be tapered at one or both ends. Diameter **244** of weight **240** is the diameter of the theoretical cylinder from which the partially cylindrical shape is derived. In some implementations, diameter **244** of weight **240** may be 27 mm and 37 mm. In some implementations, diameter **244** of weight **240**, is substantially similar to diameter **224** of bar **202** and the surface of depression **222** is substantially similar in shape to planar surface **246** of weight **240**, such that when weight assembly **204** is coupled with bar **202**, a substantially complete cylinder is formed. In some implementations, length **243** of weight **240** may be between 130 mm and 170 mm.

Channel **247** in weight **240** may be a cavity configured to receive weighting strap **241**. For clarity, weight magnets **242** are referred to as weight magnets **242** due to their placement on or in weight **242**, as opposed to due to the weight or type of said weight magnets **242**. Weighting assembly **204** and bar **202** are in an uncoupled configuration in FIG. **2**.

Second handle **203** may be a generally cylindrical member with a proximal end **230**, distal end **231**, diameter **232**, and length **233**. Proximal end **230** of second handle **201** may

4

be attached to second end **221** of bar **202**. In some implementations the longitudinal axis of first handle **201**, second handle **203**, and bar **202**, are aligned such that first handle **201**, second handle **203**, and bar **202** form a continuous cylinder.

In some implementations, diameter **212** of first handle **201**, diameter **223** of bar **202**, and diameter **232** of second handle **203** may be substantially similar, such that the diameter of bar assembly **11** is consistent throughout its length, when weighting assembly **204** is in a coupled configuration. In some implementations, first handle **201** and second handle **203** are constructed from cork, to provide comfort and friction, when gripped by a user. It should be appreciated that first handle **201** and second handle **203** may be constructed from a variety of materials, which may provide more or less friction and comfort when gripped by a user. It should be further appreciated that first handle **201** and second handle **203** may be attached to bar **202** using a variety of coupling arrangements. For example, bar **202** may extend into first handle **201** and second handle **203**, which may provide additional bending strength for first handle **201** and second handle **203**. In some implementations, bar **202** may extend for the entire length of bar assembly **11** and first handle **201** and second handle **203** may be sleeves of rubber, fabric, or other material that surrounds the ends of bar assembly **11**. In some implementations, first handle **201**, second handle **203**, and bar **202**, may be constructed of a single material, such as aluminum, and may be an integral whole. In such implementations, gripping features may be etched on or near first handle **201** and second handle **203**, to increase friction with the user's grip. In some implementations first handle **201** and second handle **203** may be constructed of heavy materials for the purpose of further weighting bar assembly **11**. First handle **201** and second handle **203** may be removably coupled to bar **202**, for example by screwing. First handle **201** and second handle **203** may be hollow, to allow for the insertion of interchangeable weights, such that the weight of bar assembly **11** may be adjusted.

In some implementations, hanging member **13** may be a loop with two ends that terminate at and are attached to distal end **211** of first handle **201**. Hanging member **13** may be constructed of flexible cord, such as paracord, and may allow multimodal fitness bar **10** to be attached to hooks, carabiners, and the like. It should be appreciated that hanging member **13** may be attached to either end of bar assembly **11**, and may be another means of hanging bar assembly **11**, such as a hook or tie.

FIG. **3**A shows a bottom perspective view of a weighting assembly **204**, in accordance with one or more implementations. In some implementations, weighting strap **241** may be a sheet of material with a first end **301**, a second end **302**, and a length **303**. First weighting coupling **304** may be attached to weighting strap **241** at or near first end **301**. Second weighting coupling **305** may be attached to weighting strap **241** at or near second end **302**. First weighting coupling **304** and second weighting coupling **305** may be hook and loop fasteners such as Velcro®, magnets, or other components that allow the two ends of weighting strap **241** to mechanically or magnetically couple with each other. Weighting strap **241** may also be secured with a cinching mechanism or the like. In some implementations length **303** of weighting strap **241** is sufficient to allow weighting strap **241** to pass through channel **247** and around the body of bar **202**, at or near depression **222**, such that first weighting coupling **304** and second weighting coupling **305** couple to secure weight **240** to bar **202**.

US 11,383,119 B2

5

It should be appreciated that weighting strap **241** may be replaced or supplemented with additional means of securing weighting assembly **204** to bar **202**. For example, corresponding hook and loop fasteners such as Velcro® or magnets could be placed along planar surface **246** and depression **224**. Additionally, weighting strap **241** may be two separate members affixed to cylindrical surface, as opposed to a single member which passes through channel **247**. In such an implementation, channel **247** may be omitted. In some implementations, weighting strap **241** may be constructed of a fabric material similar to that of a fabric watch band, or another flexible and durable material. A user may also unfurl and pull on weighting strap **241** to remove weighting assembly **204** from bar **202**, in implementations where hook and loop fasteners such as Velcro® or magnets tightly secure weighting assembly **204** to bar **202**.

FIG. **3B** shows a bottom perspective view of a weighting assembly **204**, in accordance with one or more implementations. In this implementation, planar surface **246** is replaced by interior cylindrical surface **307**. Interior cylindrical surface **307** defines a partially cylindrical cavity. Assuming that weight **240** were made of the same material implementations of weighting assembly **204** depicted in FIGS. **3A** and **3B** were made of the same material, the implementation depicted in FIG. **3A** would weigh more than the implementation depicted in FIG. **3B**. In some implementations, weight **240** may be constructed of aluminum. Weight **240** may also be constructed of heavier or lighter materials, to increase or decrease the weighting effect of weight **240**. Weight **240** may weigh an amount that is considered useful or common for fitness purposes such as a 2 pounds, 5 pounds, or 1 kg.

FIG. **4A** shows a partial, front perspective view of multimodal fitness bar **10** with weighting assembly **205** and bar **202** in a coupled configuration, in accordance with one or more implementations. Planar surface **246** of weight **240** is disposed against depression **224** of bar **202**. First end **301** and second end **302** of strap **241** are wrapped around the body of bar **202** and first weighting couplings **304** is coupled with second weighting coupling **305**, securing weight **240** to bar **202**. Weight magnets **242** are aligned with and magnetically coupled with bar magnets **226**, further securing weight **240** to bar **202**.

FIG. **4B** is a partial, front perspective view of multimodal fitness bar **10**. In this alternative implementation, bar assembly **11** does not include a weighting assembly. In this implementation, bar **202** is a complete cylinder and lacks depression **224**.

FIG. **5A** is a front view of multimodal fitness bar **10** in an unfurled configuration, in accordance with one or more implementations. Resistance assembly **12** may include one or more of sheet a **501**, a front furling member **502**, an alignment stitch **503**, and a toggle assembly **504**. In some implementations, sheet **501** is a sheet of elastomeric fabric with a front surface **505**, a rear surface **506**, a proximal end **507**, a distal end **508**, and a length **509**. Proximal end **507** may be attached to bar assembly **11**. In some implementations, sheet **501** may include a first bar coupling **510**, a second bar coupling **511**, and a cutaway **512**, each disposed near proximal end **507**. As used in this specification with respect to sheet **501**, proximal end **507** refers to the end of sheet **501** that is disposed near and/or attached to bar assembly **11**, when resistance assembly **12** is in an unfurled configuration. As used in this specification with respect to sheet **501**, distal end **508** refers to the end of sheet **501** that is disposed farthest away from bar assembly **11**, when resistance assembly **12** is in an unfurled configuration.

6

In some implementations, cutaway **512** may be disposed between first bar coupling **510** and second bar coupling **511**. First bar coupling **510** and second bar coupling **511** may be attached to bar **202**, securing sheet **501** to bar assembly **11**. Cutaway **512** may be of sufficient width and depth to receive a user's hand in the channel defined by cutaway **512** and bar **202**. In other implementations, cutaway **512** may not be present and the entire width of proximal end **507** of sheet **501** may be coupled to bar **202**. First bar coupling **510** and second bar coupling **511** may be attached to bar **202** by a variety of means, including, but not limited to stitching and adhesives. It should be appreciated that sheet **501** may be attached to bar assembly **11** in a variety of manners with more or less points of coupling.

In some implementations sheet **501** may be constructed of a flexible fabric such as woven recycled polyethylene terephthalate (RPET). In some implementations, sheet **501** may have elastic qualities that may allow for variable tension during fitness activities. In other implementations, sheet **501** may not have elastic qualities. It should be appreciated that sheet **501** may be constructed of various materials, including but not limited to, woven polymers, rubbers, or traditional fabrics.

In some implementations sheet **501** may be generally tapered, with a proximal width **515** that is greater than a distal width **516**. In other implementations, sheet **501** may be generally rectangular.

In some implementations, sheet **501** may include an opening **520**, disposed near distal end **508**. Thus, sheet **501** may form a loop **517** at distal end **508**, with an exterior perimeter **518** and an interior perimeter **519**, with the interior perimeter **519** defining opening **520** in sheet **501**.

Opening **520** in sheet **501** may be configured to receive the foot of a user. In some implementations, a distal portion of loop **517** that is disposed closest to distal end **508** of sheet **501** may curl towards the user, such that such distal portion of loop **517** may hang in a relatively horizontal configuration, as opposed to the vertically hanging configuration of the remainder of sheet **501**. Such distal portion of loop **517** of sheet **501** may allow for a greater area of interface between the bottom of the user's foot and sheet **501**.

Opening **520** in sheet **501** may be configured to secure the heel of a user, such that the ball of the user's foot and the underside of the user's toes may press against front surface **505**, as depicted in FIG. **10**. In some implementations, a distal portion of loop **517** that is disposed closest to distal end **508** of sheet **501** may curl towards the user, such that such distal portion of loop **517** may hang in a relatively horizontal configuration, as opposed to the vertically hanging configuration of the remainder of sheet **501**. Such distal portion of loop **517** of sheet **501** may allow for the securing of the user's heel. For the purposes of this specification, the term heel refers to the rear surface of the user's leg, beginning at the top of the Achilles tendon and extending downward to the point at which the rear of the user's foot interfaces with the ground when the user is standing, flat footed. One advantage of the present invention is that the a stretch of the plantar fascia may be accomplished without any members that interface with the front of the user's leg or ankle. For example, no hook and loop fasteners such as Velcro® or elastic straps around the front of the user's shin or ankle are required to secure sheet **501**.

In some implementations, sheet **501** may be an integral whole. In other implementations, one or more of loop **517** of sheet **501**, first bar coupling **510**, and second bar coupling **511**, may be non-integral members that are attached to sheet **501**. For example, loop **517** of sheet **501** may be replace with

US 11,383,119 B2

7

a fabric strap with two ends, each end being connected to sheet **501**, such that sheet **501** and the fabric strap form a loop. Loop **517** of sheet **501** may also be configured to receive both of a user's feet simultaneously. In some implementations, length **509** of sheet **501** may be between 650 mm and 900 mm. In some implementations, opening **520**, may have a diameter **524** between 5 cm and 12 cm. It should be appreciated that opening **520** need not be annular.

In some implementations, sheet **501** may be omitted and another means of securing a user's fore-foot and heel may be employed in order to achieve a stretch of the plantar fascia. For example, sheet **501** may be omitted and the user's fore-foot and heel may be secured inside of a pouch-like structure, that may resemble a loose-fitting moccasin. The toe-box area of such pouch-like structure may be attached to bar assembly **11**, such that when a user extends their leg and bulls bar assembly **11** toward the user, the toes of the user are pulled back and a stretch of the plantar fascia is achieved, similar to the stretch demonstrated in FIG. **9**.

In some implementations, toggle assembly **504** may include one or more of a loop **521** passed through two openings in toggle **522**. Loop **521** may be a cord and may be attached to sheet **501** at or near distal end **508** of sheet **501**. In some implementations, toggle **522** may be disposed between 35 mm and 45 mm from the distal end **508** of sheet **501**. In some implementations, toggle **522** may be between 29 mm and 39 mm in length and between 6 mm and 10 mm in diameter.

Front furling member **502** may be attached to front surface **505** of sheet **501**. In some implementations, front furling member **502** may be attached above loop **517** of sheet **501**. Alignment stitch **503** may be a stitching or other visual identifier disposed near loop **517** of sheet **501**. Alignment stich **503** may serve as a visual que that that may assist the user to properly align the user's foot in opening **520**.

FIG. **5B** is a partial, rear perspective view of sheet assembly **12**, in accordance with one or more implementations. Sheet assembly **12** may include one or more of rear surface **506** and rear furling member **523**. In some implementations rear furling member **523** may be attached to rear surface **506** of sheet **501**. It should be appreciated that rear surface **506** of sheet **501** may be substantially similar to front surface **505** of sheet **501**, in most respects. Notwithstanding the foregoing, in some implementations, alignment stitch **503** may be omitted from rear surface **506**, insofar as multimodal fitness bar **10** may be more suited to receiving a user's foot through front surface **505**, due to the direction of the curl of loop **517** of sheet **501**. Still in other implementations, alignment stitch **503** may be included on both front surface **505** and rear surface **506**.

FIG. **6** shows a front view of furling member **502**, in accordance with one or more implementations. Furling member **502** may include one or more of a first end **601**, a second end **602**, a middle portion **603**, a first coupling **604**, and a second coupling **605**. Front furling member **502** may be generally rectangular and constructed of a flexible fabric, such as woven RPET. In some implementations, first coupling **604** of front furling member **502** and second coupling **605** of front furling member **502** may be one or more box stitches, disposed at or near first end **601**, and second end **602**, respectively. It should be appreciated that first coupling **604** of front furling member **502** and second coupling **605** of front furling member **502** may be one or more box stitches may be other means of attaching furling member **502** to sheet **501**, including but not limited to various types of stitching or adhesive.

8

In some implementations first coupling **604** and second coupling **605** of front furling member **502** may be attached to front surface **505** of sheet **501**, while middle portion **603** of front furling member **502** may not be attached to sheet **501**, thereby defining a channel between middle portion **603** and front surface **505** of sheet **501**. In some implementations, said channel is of sufficient size to receive toggle **522** in a vertical position, but not so large as to allow toggle **522** to pass therethrough in a horizontal position. In some implementations front furling member **502** may be between 78 mm and 98 mm in length and between 9 mm and 15 mm in width, with the length of said channel being between 30 mm and 42 mm.

Rear furling member **523** may be substantially similar to front furling member **502** with respect to dimensions, components, materials, method of attachment, and location of attachment, except that rear furling member may be attached to rear surface **506** of sheet **501**, as opposed to front surface **505** of sheet **501**.

It should be appreciated that toggle assembly **502** and furling member **502** may be replaced with various means of securing sheet **501** in a furled position. Such means may include, but not be limited to, snap closures, hook and loop fasteners such as Velcro®, hooks, ties, cinches, and the like.

FIG. **7** shows a front perspective view of multimodal fitness bar **10**, in a furled configuration, in accordance with one or more implementations. Insofar as sheet **501** may be constructed of flexible material, it may be furled about bar assembly **11**. Once sheet **501** is furled, toggle assembly **504** may removably couple with front furling member **502** to secure sheet **501** in a furled configuration. It should be appreciated that sheet **501** may be furled in the reverse direction and toggle assembly **504** may be coupled with rear furling member **523** to secure sheet **501**.

FIG. **8** shows a front perspective view of a multimodal fitness bar **10**, in accordance with one or more implementations. In this implementation, resistance assembly **12** is omitted. The omission of resistance assembly **12** may reduce the cost to produce multimodal fitness bar **10** and reduce the overall size of multimodal fitness bar **10**, while still allowing a user to perform a subset of the exercises that may be performed with other implementations, including but not limited to certain weight training exercises. Apart from the omission of resistance assembly **12**, multimodal fitness bar **10** may be substantially the same as described above.

FIG. **9** shows a user **901** operating a multimodal fitness bar **10**, in accordance with one or more implementations. User **901** is lying on her back with one of her feet **902** stretched above her. User's foot **902** is received through opening **520** in sheet **501** and the bottom of user's foot **902** rests on the distal portion of loop **517** of sheet **501**. User's first hand **903** grips first handle **201** and user's second hand **904** grips second handle **203**. User **901** applies downward force **905** with user's first hand **903** and second hand **904** to create tension in sheet **501**, thereby stretching user's **901** calf and hamstring. Weight **240** creates additional downward force to stretch the user's **901** calf and hamstring. It should be appreciated that FIG. **9** demonstrates only one of many possible exercises that may be performed with multimodal fitness bar **10**.

FIG. **10** shows a user **901** operating a multimodal fitness bar **10**, in accordance with one or more implementations. User **901** is lying on her back with one of her feet **902** stretched above her. Distal portion of loop **517** of sheet **501** is wrapped behind user's heel **1001**, and the ball of user's foot **902** and underside of user's toes are pressed against front surface **505** of sheet **501**. User's first hand **903** grips

US 11,383,119 B2

9

first handle **201** and user's second hand **904** grips second handle **203**. User **901** applies downward force **905** with user's first hand **903** and second hand **904** to create tension in sheet **501**, thereby flexing user's toes back towards user **901** and stretching the plantar fascia of user's foot **902**, along with other soft tissues. Sheet **501** is secured from sliding off the user's foot by distal portion of loop **517** being wrapped behind user's heel **1001**. Weight **240** creates additional downward force. It should be appreciated that FIG. **10** demonstrates only one of many possible exercises that may be performed with multimodal fitness bar **10**.

FIG. **11** shows a front perspective view of a multimodal fitness bar **10** in an unfurled configuration, in accordance with one or more implementations. In these implementations, multimodal fitness bar **10** comprises a bar assembly **1101** and a sheet **1102**. Bar assembly **1101** comprises a bar **1103** with a first handle **1104**, a second handle **1105**, and a middle portion **1106**. Bar assembly **1101** may be of various shapes, including generally cylindrical, prismatic, or in such shapes as may be found in exercise barbells, such as curl bars or camber bars. The width of first handle **1104** and second handle **1105** may, but need not be, greater than the width of middle portion **1106**. First handle **1104** and second handle **1105** may be attached to middle portion **1106**, or first handle **1104**, second handle **1105**, and middle portion **1106** may form an integral whole. Sheet **1102** comprises a front surface **1106**, a rear surface **1107**, a proximal end **1108**, a distal end **1109**, and a length **1110**. Proximal end **1108** of sheet **1102** may be attached to bar assembly **1101**. In some implementations, proximal end **1108** of sheet **1102** may be furled about bar assembly **1101** and affixed to the body of sheet **1102**, for example by stitching or gluing, in order to attach sheet **1102** to bar assembly **1101**. Alternatively, proximal end **1108** of sheet **1102** may be attached to bar assembly **1101** directly, for example, by stitching or gluing proximal end **1108** of sheet **1102** to middle portion **1106** of bar assembly **1101**.

In some implementations sheet **1102** may be generally tapered, with a proximal width **1111** that is greater than a distal width **1112**. In other implementations, sheet **1102** may be generally rectangular.

In some implementations, sheet **1102** may include an opening **1113**, disposed near distal end **1109**. Thus, sheet **1102** may form a loop **1114** at distal end **1109**, with an exterior perimeter **1115** and an interior perimeter **1116**, with the interior perimeter **1116** defining opening **1113** in sheet **1102**.

It should be appreciated that the implementation of the multimodal fitness bar **10** depicted in FIG. **11** may be operated by the user in many of the same manners as described with respect to FIGS. SA, **9**, and **10**. It should be further appreciated that the multimodal fitness bar **10** depicted in FIG. **11** may be of similar dimensions and materials as the implementation depicted in to FIG. **5A**.

In some implementations bar assembly **1101** may be replaced with another gripping member or gripping members by which a user can pull sheet **1106** towards the user, in order to flex the toes of the user and achieve a stretch of the plantar fascia. Some examples of gripping members include, but are not limited to: resistance exercise handles, ropes, ball and rope grips, rope loops, elastic loops, straps configured to be gripped by the user, or straps configured to secure the user's wrists.

Although the present technology has been described in detail for the purpose of illustration based on what is currently considered to be the most practical and preferred implementations, it is to be understood that such detail is

10

solely for that purpose and that the technology is not limited to the disclosed implementations that are within the spirit and scope of the appended claims. For example, it is to be understood that the present technology contemplates that, to the extent possible, one or more features of any implementation can be combined with one or more features of any other implementation.

What is claimed is:

1. A multimodal fitness bar, comprising:
   a. one or more gripping members and a resistance assembly;
   b. wherein the one or more gripping members and the resistance assembly are attached;
   c. wherein the resistance assembly is a sheet and includes:
      i. a proximal portion of the sheet and a distal portion of the sheet, wherein the distal portion of the sheet is disposed further than the proximal portion of the sheet from the gripping members;
      ii. an opening disposed between the proximal portion of the sheet and the distal portion of the sheet;
      iii. wherein:
         1. when the sheet is in an unfurled configuration, the distal portion of the sheet is curled; and
         2. the distal portion of the sheet is configured to interface with the Achilles heel of a user.

2. The multimodal fitness bar of claim **1**, wherein the one or more gripping members are members selected from the group consisting of resistance exercise handles, ropes, ball and rope grips, rope loops, elastic loops, straps configured to be gripped by a user, or straps configured to secure the wrists of a user.

3. The multimodal fitness bar of claim **1**, wherein:
   a. the one or more gripping members are a bar having a first end and a second end;
   b. wherein a first handle is removably attached to the first end of the bar and a second handle is attached to the second end of the bar; and
   c. wherein the first handle and the second handle each have a hollow shell with an interior surface and a handle weight, wherein the handle weight has an exterior surface with a shape that is complimentary to the interior surface of the handle's hollow shell, such that the handle weight may be housed inside the handle's hollow shell.

4. The multimodal fitness bar of claim **1**, wherein:
   a. the sheet has a length and one or more widths;
   b. the one or more widths of the sheet are less than the length of the sheet; and
   c. the one or more widths of the sheet are less than 225 mm.

5. The multimodal fitness bar of claim **1**, wherein:
   a. the sheet has a length and one or more widths;
   b. the one or more widths of the sheet are less than the length of the sheet; and
   c. the one or more widths of the sheet are less than 275 mm.

6. The multimodal fitness bar of claim **5**, wherein the length of the sheet is less than 900 mm.

7. The multimodal fitness bar of claim **5**, wherein the length of the sheet is less than 700 mm.

8. The multimodal fitness bar of claim **5**, wherein the one or more gripping members is a bar.

9. A multimodal fitness bar, comprising:
   a. one or more gripping members and a resistance assembly;
   b. wherein the one or more gripping members and the resistance assembly are attached;

US 11,383,119 B2

**11**

c. wherein the resistance assembly includes;
    i. a means for securing the resistance assembly to the heel of a foot of the user; and
    ii. a means for interfacing with the ball of the foot of the user and the underside of the toes of the foot of the user;
d. wherein:
    i. the means for securing the resistance assembly to the heel of the foot of the user is a strap; and
    ii. the means for interfacing with the ball of the foot of the user and the underside of the toes of the foot of the user is a sheet.

**10**. The multimodal fitness bar of claim **9**, wherein the gripping member is a bar with one or more kinks.

**11**. A multimodal fitness bar, comprising:
a. a bar assembly comprising a bar;
b. a resistance assembly that includes:
    i. a means for securing the resistance assembly to the heel of a foot of the user; and
    ii. a means for interfacing with the ball of the foot of the user and the underside of the toes of the foot of the user;
c. wherein the means for interfacing with the ball of the foot of the user and the underside of the toes of the foot of the user is a sheet;
d. wherein the sheet has one or more widths;
e. wherein none of the one or more widths of the sheet are greater than 275 mm;
f. wherein the sheet is configured to secure the heel of the user's foot when the user is laying with their back on the ground and extending the heel of the user's foot in a direction that is substantially orthogonal from the ground.

**12**. The multimodal fitness bar of claim **11**, wherein:
a. none of the one or more widths of the sheet are greater than 225 mm.

**13**. The multimodal fitness bar of claim **11**, wherein:
a. the bar has a first end and a second end, wherein a first handle is attached to the first end of the bar and a second handle is attached to the second end of the bar.

**12**

**14**. The multimodal fitness bar of claim **13**, wherein:
a. the first handle and the second handle each have a hollow shell with interior surface and a handle weight, wherein the handle weight has an exterior surface with a shape that is complimentary to the interior surface of the handle's hollow shell, such that the handle weight may be housed inside the handle's hollow shell; and
b. wherein the first handle and the second handle are removably attached to the bar.

**15**. The multimodal fitness bar of claim **11**, wherein:
a. the sheet further comprises a proximal portion; and
b. the sheet is secured to the bar by furling a proximal portion of the sheet about the bar and stitching the proximal portion of the sheet to the sheet.

**16**. A multimodal fitness bar, comprising:
a. a bar with a depression, a first end, and a second end;
b. a weighting assembly removably attached to the bar;
    i. wherein the weighting assembly includes a weight and a weighting strap configured to secure the weighting assembly to the bar; and
    ii. wherein the weight of the weighting assembly and the depression of the bar are of complimentary shape, such that the weight of the weighting assembly and the bar form a substantially complete cylinder when the weight of the weighting assembly and the bar are in an attached configuration.

**17**. A multimodal fitness bar, comprising:
a. a bar with a depression, a first end, and a second end;
b. a weighting assembly removably attached to the bar;
    i. wherein the weighting assembly includes a weight and a weighting strap configured to secure the weighting assembly to the bar; and
    ii. wherein the weight of the weighting assembly and the depression of the bar are of complimentary shape, such that the weight of the weighting assembly and the bar form a substantially complete prism when the weight of the weighting assembly and the bar are in an attached configuration.

\* \* \* \* \*