# EXHIBIT B

U.S. Patent No. 11,383,119 – Flex Friend Claim Chart

# U.S. Patent No. 11,383,119

## –

# Flex Friend

**U.S. Patent No. 11,383,119 – Flex Friend Claim Chart**

| Claim 1 | |
|---|---|
| 1. A multimodal fitness bar, comprising: | The preamble is non-limiting. To the extent limiting, the accused product is a multimodal fitness bar. |
| a. one or more gripping members and a resistance assembly; | The accused product comprises one or more gripping members and a resistance assembly, as visible in the image below: |
| b. wherein the one or more gripping members and the resistance assembly are attached; | The accused product's one or more gripping members are attached to the resistance assembly. For example, the gripping member is depicted attached to the resistance assembly in the following pictures: |

**U.S. Patent No. 11,383,119 – Flex Friend Claim Chart**

| Claim 1 | |
|---|---|
| c. wherein the resistance assembly is a sheet and includes: | The accused product's resistance assembly is a sheet, as depicted in the images below. |
| i. a proximal portion of the sheet and a distal portion of the sheet, wherein the distal portion of the sheet is disposed further than the proximal portion of the sheet from the gripping members; | The preceding claim language is non-limiting and merely orients the "proximal" portion of the sheet and the "distal" portion of the sheet in view of the gripping members. To the extent limiting, the accused product's sheet includes both a proximal portion and a distal portion, wherein the distal portion of the sheet is disposed further than the proximal portion of the sheet from the gripping members. |
| ii. an opening disposed between the proximal portion of the sheet and the distal portion of the sheet; | The accused product includes an opening disposed between proximal portion of the sheet and the distal portion of the sheet. For example, the opening is visible in the following pictures of the accused product: |

**U.S. Patent No. 11,383,119 – Flex Friend Claim Chart**

| Claim 1 | |
|---|---|
| iii. wherein:<br>1. when the sheet is in an unfurled configuration, the distal portion of the sheet is curled; and | When the accused product is in an unfurled position, the distal portion of the sheet, i.e. that portion of the sheet further from the gripping members than the proximal portion of the sheet, is curled. For example, the image below depicts the accused product in an unfurled configuration with the distal portion of the sheet curled:<br><br> |

**U.S. Patent No. 11,383,119 – Flex Friend Claim Chart**

| Claim 1 | |
|---|---|
| 2. the distal portion of the sheet is configured to interface with the Achilles heel of a user. | The distal portion of the sheet of the accused product is configured to interface with the Achilles heel of a user. For example, the following images of the accused product demonstrates the distal portion of the sheet of the accused product interfacing with the Achilles heel of a user:   |