# EXHIBIT C

**Departments** ∨   **Services** ∨   Rollbacks & More   Mother's Day   Get it Fast   Pharmacy   Ne

 Pickup or delivery?

**MERACH**

**Elliptical trainer**

Sponsored ⓘ



Flex Friend

**Flex Friend Yoga Pilates Stretching Strap Non-Elastic with Ergonomic Grip Handles Mobility and Full Body Strengthening Device**

☆ (No ratings yet)

## Key item features

- Non-elastic design ensures controlled and safe stretching for various exercises.
- Equipped with ergonomic grip handles for a comfortable and secure hold during use.
- Features a patented foot hammock design with a unique foot cradle that enhances support and enables deeper, more effective stretches with less strain.
- Aids in relieving specific common pain points such as sciatica, herniated discs, Achilles tendonitis, and poor posture.
- Encourages proper dorsiflexion to improve blood flow, accelerate recovery, and optimize stretch performance for long-term relief from chronic pain and stiffness.
- Crafted from premium and eco-friendly materials, including a durable high-grade aluminum core, designed for long-lasting performance with a focus on sustainability.
- Lightweight, elegant, and travel-ready, making it easy to use for home workouts, office breaks, physical therapy sessions, or yoga classes.
- Presented in a pink color.
- Constructed with Nylon, Recycled Poly Ethylene Terephthalate Fabric, and a Brushed Aluminum Flex Bar.
- Measures 20 inches in length, 2.75 inches in width, and 2 inches in height when assembled.
- Weighs 1 pound....

View all item details

## Specs



**Your Armani code**



Sponsored

## $99.99

Price when purchased online

As low as **$18/mo** with  OnePay Learn more

🚚 Free shipping    ↻ Free 30-day returns

Add to cart

---

## How you'll get this item:



**Shipping**

Arrives Apr 30

**Free**



Pickup

Not available



Delivery

Not available

**Palos Verdes Estates, 90274**    Change

Arrives by **Thu, Apr 30**  |  More options

🏪  Sold and shipped by FriendCo

Report an issue with this seller

↻  Free 30-day returns    Details

♡ Add to list            🎁 Add to registry

 

$19⁹⁹

Pure PT Supply Stretching Strap with 10 Loops, 90 inch, Black

⭐⭐⭐⭐⯪ 23

Shipping, arrives **in 3+ days**

Add to cart

Sponsored

Specifications    ⌄

Warranty    ⌄



GIORGIO ARMANI

**Your Armani code**

Define

Shop now

mystique.

Sponsored ⓘ

## Customer ratings & reviews

☆☆☆☆☆   0 ratings | 0 reviews