**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

CASTLE FIT CORPORATION,

       Plaintiff,

    v.                            C.A. No. 26-_____

FRIEND ENTERPRISES LLC,

       Defendant

**PLAINTIFF CASTLE FIT CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff Castle Fit Corporation submits the following statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: Castle Fit Corporation does not have a parent corporation, and no publicly held corporation owns 10% or more of the assets of Castle Fit Corporation.

Dated: May 21, 2026

*Of Counsel:*

Connor T. Lynch
**LYNCH LLP**
360 East 2nd St., Ste 800
Los Angeles, CA 90012
(949) 229-3141
connor@lynchllp.com

**SMITH, KATZENSTEIN & JENKINS, LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiff*
*Castle Fit Corporation*