**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

---

CASTLE FIT CORPORATION,

      Plaintiff,

    v.

FRIEND ENTERPRISES LLC,

      Defendant

C.A. No. 26-0588-JLH

---

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to D. Del. LR 83.5 and the attached certification, counsel moves for the admission

*pro hac vice* of Connor T. Lynch of LYNCH LLP to represent Plaintiff Castle Fit Corporation in

the above-captioned matter.


Dated:  May 28, 2026

                                  **SMITH, KATZENSTEIN & JENKINS LLP**

                                  */s/ Daniel A. Taylor*
                                  Neal C. Belgam (No. 2721)
                                  Daniel A. Taylor (No. 6934)
                                  1000 N. West Street, Suite 1501
                                  Wilmington, DE 19801
                                  (302) 652-8400
                                  nbelgam@skjlaw.com
                                  dtaylor@skjlaw.com

                                  *Attorneys for Plaintiff Castle Fit Corporation*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* of Connor T. Lynch is GRANTED.

Dated:  May ___, 2026

_____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, the United States District Court for the Central District of California, the United States District Court for the Northern District of California, the United States District Court for the Southern District of California, and the United States Patent and Trademark Office. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Court's Standing Order In re: Attorney Registration and Pro Hac Vice Fees effective January 1, 2024, I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  May 28, 2026

*/s/ Connor Lynch*
Connor T. Lynch
**LYNCH LLP**
360 East 2nd St., Ste 800
Los Angeles, CA 90012
(949) 229-3141
connor@lynchllp.com

3