

**Sheriff's Office**

800 N. French Street, 5th Floor
Wilmington, Delaware 19801
302-395-8450, Fax: 302-395-8460

State of Delaware
New Castle County
**Scott T. Phillips**
Sheriff

6/26/2026

**Court Case # 1:26-CV-00588-UNA**
Sheriff # 26-006216

Posting

**CASTLE FIT CORPORATION**
**vs**
**FRIEND ENTERPRISES LLC**

Service on: FRIEND ENTERPRISES LLC

**Posted** a copy of the within statement of claim for Posting upon the property known as MICHAEL A FRIEND 35 HEMPSTEAD DRIVE NEWARK, DE 19702 on 6/24/2026 at 4:59 PM.

Fees Paid:  $20.00

Per:  Deputy Sheriff, Jeffrey Maddocks

SO ANS;

*Scott T Phillips*

          SHERIFF

PER Janice Frisby-Dowe

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

|  |  |
|---|---|
| *Plaintiff(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |
| v. | Civil Action No. |
| *Defendant(s)* | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Osiris Aguilar Martinez*
*Signature of Clerk or Deputy Clerk*



**Sheriff's Office**

800 N. French Street, 5th Floor
Wilmington, Delaware 19801
302-395-8450, Fax: 302-395-8460

State of Delaware
New Castle County
**Scott T. Phillips**
Sheriff

6/11/2026

**NON EST INVENTUS**

**Court Case # 1:26-CV-00588-UNA**
Sheriff # 26-006216

Summons and Complaint

## CASTLE FIT CORPORATION
### vs
## FRIEND ENTERPRISES LLC

By virtue of this writ I have made diligent search for the within-named FRIEND ENTERPRISES LLC and for his/her/its last and usual place of abode/location, MICHAEL A FRIEND 35 HEMPSTEAD DRIVE NEWARK, DE 19702 with and for his tenant, agent, or attorney, but could not find him/her/it within this county; I therefore return this writ without service.

Date: 6/5/2026 @ 9:13 AM - MICHAEL A FRIEND 35 HEMPSTEAD DRIVE NEWARK, DE 19702
Attempted By: Jeffrey Lehnert
Service Type: Non Est Inventus
Notes: CHRIS NICHOLSON IS CURRENT RESIDENT. STATES THAT IT IS HIS FIANCE'S EX AND THEY DON'T KNOW WHERE HE IS LIVING NOW.

Fees Paid:  $40.00

Per:  Deputy Sheriff, Jeffrey Lehnert

SO ANS;

*Scott T. Phillips*

SHERIFF

PER Janice Frisby-Dowe