SMITH KATZENSTEIN
JENKINS LLP

July 8, 2026

*Via CM/ECF*

The Honorable Jennifer L. Hall
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 17, Room 6312
Wilmington, Delaware 19801

Re:     Castle Fit Corporation v. Friend Enterprises LLC, C.A. No. 26-588-JLH

Dear Judge Hall:

Attached as Exhibit A is a proposed amended proof of service in the above matter.

The docket at D.I. 8 currently reflects Plaintiff's third attempt at service of the Complaint (D.I. 1) and Summons (D.I. 5) on the Registered Agent for defendant Friend Enterprises LLC. Prior attempts had been unsuccessful, as the Registered Agent, Mr. Michael A. Friend, has not been present at the Registered Office. (*E.g.*, D.I. 8 at page 3 of 3 (June 11, 2026 Service returned *non est inventus*)). The current Summons Returned Executed reflects a notice of "Posting" of service at the Registered Office for Friend Enterprises LLC on June 26, 2026. (*Id.* at pages 1-2 of 3).

The proposed amended proof of service reflects that on July 2, 2026, the New Castle County Sheriff completed service pursuant to 6 *Del. C.* § 18-105(a) at the Registered Office for Defendant Friend Enterprises LLC by posting the service of legal process at the Registered Office and leaving a copy in the presence of an adult person at that address.

Counsel is available should Your Honor have any questions.

Respectfully,

*/s/ Daniel A. Taylor*

Daniel A. Taylor (No. 6934)

*Attorney for Plaintiff, Castle Fit Corporation*


Enclosures: Exhibit A, Amended Summons Returned Executed