# EXHIBIT A



**Sheriff's Office**

800 N. French Street, 5th Floor
Wilmington, Delaware 19801
302-395-8450, Fax: 302-395-8460

State of Delaware
New Castle County
**Scott T. Phillips**
Sheriff

7/6/2026

**Court Case # 1:26-CV-00588-UNA**
Sheriff # 26-006216

Summons and Complaint

**CASTLE FIT CORPORATION**
**vs**
**FRIEND ENTERPRISES LLC**

Service on: FRIEND ENTERPRISES LLC

**Posted** a copy of the within statement of claim for Summons and Complaint upon the property known as MICHAEL A FRIEND 35 HEMPSTEAD DRIVE NEWARK, DE 19702 on 7/2/2026 at 12:22 PM.

HOMEOWNER ERIKA POTTS PRESENT AND DOCUMENTS POSTED TO DOOR. SHE REPEATED THAT HE HAS NOT BEEN THERE IN OVER 3 YEARS.

Date: 7/1/2026 @ 8:44 AM - MICHAEL A FRIEND 35 HEMPSTEAD DRIVE NEWARK, DE 19702
Attempted By: Jeffrey Lehnert
Service Type: Personally
Notes: ERIKA POTTS ANSWERED DOOR AND SAID HE HAS NOT LIVED THERE IN OVER 3 YEARS. WENT ON TO SAY THAT SHE BELIEVES HE HAS LOST IT MENTALLY. SAID HE WAS WORKING FOR THE MILITARY AND SUPPOSEDLY JUST STOPPED SHOWING UP.

Fees Paid:  $40.00

Per:  Deputy Sheriff, Jeffrey Lehnert

SO ANS;

*Scott N. Phillips*

SHERIFF

PER Janice Frisby-Dowe