IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| CASTLE FIT CORPORATION, Plaintiff, v. FRIEND ENTERPRISES LLC, Defendant | C.A. No. 26-588-JLH |

**PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT**

Plaintiff Castle Fit Corporation ("Plaintiff"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 55(a) and D. Del. LR 77.2(a)(4), hereby moves that the Clerk of Court enter the default of Defendant Friend Enterprises LLC ("Defendant") for failure to plead or otherwise defend in a timely manner. A proposed Order is attached. In support of this Motion, Plaintiff states as follows:

1. In the Complaint, filed on May 21, 2026, Plaintiff seeks damages, fees, and costs, among other relief, for Defendant's infringement of Plaintiff's patent. (D.I. 1) A summons directed to Defendant issued thereafter. (D.I. 5)

2. Pursuant to Federal Rule of Civil Procedure 55(a), when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

3. Defendant is a Delaware limited liability company. According to the records of the Delaware Secretary of State, Division of Corporations, Defendant's registered agent is Michael A. Friend, and Defendant's registered office is 35 Hempstead Drive, Newark, Delaware 19702, in New Castle County.

4. On July 2, 2026, the New Castle County Sheriff completed service of process upon Defendant pursuant to 6 Del. C. § 18-105(a) by leaving copies of the Summons and Complaint at

Defendant's registered office in the presence of an adult person, and the Sheriff's return distinctly states the manner of service. (D.I. 9-1 (amended Summons Returned Executed))

5. Service in this manner was proper. A limited liability company may be served in a judicial district of the United States by following state law for serving a summons in the state where the district court is located. Fed. R. Civ. P. 4(h)(1)(A); *id.* 4(e)(1). Delaware law provides that service of legal process upon a domestic limited liability company may be made by leaving copies at the registered office of the company in Delaware, in the presence of an adult person, and that the serving officer shall state the manner of service in the officer's return. 6 *Del. C.* § 18-105(a).

6. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant was required to serve an answer within 21 days after being served with the Summons and Complaint — that is, on or before July 23, 2026. *See* Fed. R. Civ. P. 6(a)(1) (specifying the rules for computing time for periods stated in days).

7. Defendant has not answered the Complaint, moved against it, or otherwise appeared or defended in this action, and its time to do so has expired. No attorney has appeared on Defendant's behalf, and no extension of time to respond has been sought or granted. (Lynch Decl., at ¶¶ 7–8.) Accordingly, the entry of a default by the Clerk of Court is appropriate at this time.

8. Defendant is a Delaware limited liability company, not a natural person. Defendant accordingly is neither a minor nor an incompetent person, and the protections afforded to individual servicemembers by the Servicemembers Civil Relief Act, 50 U.S.C. § 3931, do not apply to it.

WHEREFORE, Plaintiff Castle Fit Corporation respectfully requests that the Clerk of Court enter the default of Defendant Friend Enterprises LLC for failure to plead or otherwise defend in a timely manner, as provided by Federal Rule of Civil Procedure 55(a).

Dated: July 31, 2026

*Of Counsel:*

Connor T. Lynch
**LYNCH LLP**
360 East 2nd St., Ste 800
Los Angeles, CA 90012
(949) 229-3141
connor@lynchllp.com

**SMITH, KATZENSTEIN & JENKINS, LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiff Castle Fit Corporation*