# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| CASTLE FIT CORPORATION, | |
| Plaintiff, | |
| v. | C.A. No. 26-588-JLH |
| FRIEND ENTERPRISES LLC, | |
| Defendant | |

**[PROPOSED] CLERK'S ENTRY OF DEFAULT**

At Wilmington, this ___ day of _____, 2026;

Plaintiff's Motion for Clerk's Entry of Default (D.I. __), the Lynch Declaration in support thereof (D.I. __), and the Court docket show that:

1. On May 21, 2026, Plaintiff Castle Fit Corporation ("Plaintiff") filed a Complaint for patent infringement against Defendant Friend Enterprises LLC ("Defendant"). (D.I. 1)

2. On July 2, 2026, the New Castle County Sheriff served the Summons and Complaint on Defendant pursuant to 6 Del. C. § 18-105(a) by leaving copies in the presence of an adult person at the address of Defendant's registered office. (D.I. 9-1)

3. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the time for Defendant to respond to the Complaint expired on July 23, 2026.

4. Defendant has not served an answer to the Complaint, nor has it made any appearance in the present action and, as a result, has failed to plead or otherwise defend against the judgment that Plaintiff seeks in the Complaint.

2

Therefore, pursuant to Fed. R. Civ. P. 55(a), DEFAULT is HEREBY ENTERED against Defendant Friend Enterprises LLC.

Plaintiff shall serve a copy of this Clerk's Entry of Default upon Defendant and shall file a proof of service regarding same.

RANDALL LOHAN, Clerk of Court

_____

By:                              Deputy Clerk

2