# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| CASTLE FIT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FRIEND ENTERPRISES LLC,<br><br>Defendant | C.A. No. 26-588-JLH |

**DECLARATION OF CONNOR LYNCH IN SUPPORT OF PLAINTIFF'S MOTION
FOR CLERK'S ENTRY OF DEFAULT**

1. I am a partner with Lynch LLP, counsel of record for Plaintiff Castle Fit Corporation ("Plaintiff") in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. Plaintiff commenced this action on May 21, 2026, by filing its Complaint for patent infringement against Defendant Friend Enterprises LLC ("Defendant"). (D.I. 1)

3. Defendant is a Delaware limited liability company. According to the records of the Delaware Secretary of State, Division of Corporations, Defendant's registered agent is Michael A. Friend, and Defendant's registered office is 35 Hempstead Drive, Newark, Delaware 19702, in New Castle County. Attached as **Exhibit A** is a true and correct copy of a printout from the Delaware Secretary of State indicating the registered office address of Defendant, taken July 28, 2026.

4. On July 2, 2026, the New Castle County Sheriff completed service of the Summons and Complaint upon Defendant pursuant to 6 Del. C. § 18-105(a) by leaving copies at Defendant's registered office in the presence of an adult person at that address. (D.I. 9-1)

5. On July 8, 2026, I emailed courtesy copies of the case initiating documents, including the Summons and Complaint, to Michael A. Friend at FriendEnterprises@comcast.net, an email address through which I have sent and received correspondence to/from Mr. Friend in the

1

past and which he listed as a correspondence email address in a document styled as a Complaint that he personally filed with this court in *Friend Enterprises LLC v. Bed Made EZ, LLC, et al.*, Case No. 25-1458 (D. Del., filed Dec. 1, 2025) (dismissed for failure to obtain counsel). My notification email's subject line was "Notice of Effective Service of Summons and Complaint – Castle Fit Corporation v. Friend Enterprises LLC, Case No. Case 1:26-cv-00588-JLH (D. Del.)" and the body stated as follows: "Mr. Friend, Please take notice that service has been effected on Friend Enterprises LLC pursuant to 6 Del. C. § 18-105 as of July 2, 2026, in *Castle Fit Corporation v. Friend Enterprises LLC*, Case No. Case 1:26-cv-00588-JLH (D. Del.). I have attached, for your convenience, a copy of the summons and complaint in this matter."

6.    Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant's deadline to respond to the Complaint was July 23, 2026.

7.    Defendant did not file a responsive pleading on or before July 23, 2026.

8.    As of the date of this declaration, Defendant has not filed a responsive pleading or otherwise appeared in this action, no attorney has appeared on Defendant's behalf, and no extension of time to respond has been sought or granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 31, 2026, at Los Angeles, California.

*/s/ Connor Lynch*
Connor Lynch

2

# EXHIBIT A



**Department of State: Division of Corporations**

[Allowable Characters](#)

**HOME**

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | **7300828** | Incorporation Date / Formation Date: | **2/10/2023** (mm/dd/yyyy) |
| Entity Name: | **FRIEND ENTERPRISES LLC** | | |
| Entity Kind: | **Limited Liability Company** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **MICHAEL A. FRIEND** | | |
| Address: | **35 HEMPSTEAD DR** | | |
| City: | **NEWARK** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19702** |
| Phone: | **410-441-0393** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like ○ Status ○ Status,Tax & History Information

Submit

New Entity Search

For help on a particular field click on the Field Tag to take you to the help area.