## CERTIFICATE OF SERVICE

I, Daniel A. Taylor, hereby certify that on July 31, 2026, a true and correct copy of the foregoing Plaintiff's Motion for Clerk's Entry of Default, the Declaration of Connor Lynch in support thereof, and the [Proposed] Clerk's Entry of Default were served on Defendant Friend Enterprises LLC via email:

Michael A. Friend
35 Hempstead Drive Newark, DE 19702
FriendEnterprises@comcast.net

Dated: July 31, 2026                    **SMITH, KATZENSTEIN & JENKINS LLP**

By: */s/ Daniel A. Taylor*
Daniel A. Taylor (No. 6934)