**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CASTLE FIT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FRIEND ENTERPRISES LLC,<br><br>Defendant | C.A. No. 26-588-JLH |

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), on August 17, 2026, a true and correct copy of Clerk's Entry of Default (D.I. 11) was served on Defendant Friend Enterprises LLC by mailing to the following last known addresses for Defendant:

Friend Enterprises LLC
c/o Michael A. Friend
35 Hempstead Drive
Newark, DE 19702

Friend Enterprises LLC
c/o Michael A. Friend
1100 Waters Edge Drive
Newark, DE 19702

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 18, 2026

**SMITH, KATZENSTEIN & JENKINS, LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiff Castle Fit Corporation*

*Of Counsel:*

Connor T. Lynch
**LYNCH LLP**
360 East 2nd St., Ste 800
Los Angeles, CA 90012
(949) 229-3141
connor@lynchllp.com